IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**FILED**

DEC 07 2018

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:18MJ4293 ACL ) |
| JOSEPH MICHAEL PRICE, | ) ) |
| Defendant. | ) ) |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Keith D. Sorrell, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate Judge pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.  Defendant is charged with possession of a firearm by a person who has been adjudicated as a mental defective, in violation of Title 18, United States Code, Section 922(g)(4).

2.  Pursuant to Title 18, United States Code, Section 3142(g), (a) the weight of the evidence against defendant; (b) defendant's history and characteristics; and (c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release, warrant defendant's detention pending trial.

3.  There is a serious risk that the defendant will flee.

4.  The defendant is a threat to the community.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

*/s/ Keith D. Sorrell*
KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736